MARGARET L. HENRY, Individually and as Executrix of LENA G. HENRY, Deceased, Appellant, v. TOWN OF PERINTON, Respondent, et al., Defendants.

Argued November 28, 1949; decided December 29, 1949.

*Meyer Fix* and *James O. Shetterly* for appellant.
*John W. Branch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.